```
 1  CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  450 Pacific Avenue
    San Francisco, California  94133
 4  Telephone:   (415) 398-6000
    Facsimile:   (415) 981-0136
 5
    TIMOTHY P. HARKNESS (pro hac vice to be filed)
 6  timothy.harkness@freshfields.com
    DAVID Y. LIVSHIZ (pro hac vice to be filed)
 7  david.livshiz@freshfields.com
    WERONIKA BUKOWSKI (pro hac vice to be filed)
 8  weronika.bukowski@freshfields.com
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
 9  601 Lexington Avenue, 31st Floor
    New York, New York 10022
10  Telephone:   (212) 277-4000
    Facsimile:   (212) 277-4001
11
    Attorneys for Applicant Palantir Technologies, Inc.
```

FILED

AUG 13 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 18 80 132 MISC JSC

EX PARTE APPLICATION OF PALANTIR TECHNOLOGIES, INC. FOR ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

)
) Misc. Case No. _____
)
)
)
) PALANTIR TECHNOLOGIES INC.'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS
)
)
)
)
)
)
)

Based upon the accompanying Memorandum of Points and Authorities, and Declarations of Walrod Prinz zu Waldeck und Pyrmont and Weronika Bukowski ("Bukowski Declaration") and the Exhibits attached thereto, Applicant Palantir Technologies Inc. ("Palantir"),

1  through its attorneys, hereby applies to this Court for an <u>Ex Parte</u> Order granting this Application[1] and entering the Proposed Order pursuant to 28 U.S.C. § 1782: (i) authorizing Applicant to serve Marc L. Abramowitz with the subpoenas attached as Exhibits A and B to the Bukowski Declaration, (ii) directing Marc L. Abramowitz to produce documents responsive to the subpoena, (iii) directing Mr. Abramowitz to appear for a deposition, (iv) directing Mr. Abramowitz to preserve evidence, and (v) such other relief as this Court deems just and proper.

Applicant respectfully requests that the Court order the production of documents specified to the subpoena, unless otherwise agreed by the parties, on or before August 31, 2018.

## JURISDICTION

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1782. The Court has personal jurisdiction over the object of the application because Mr. Abramowitz resides in the state of California, county of San Francisco.

DATED: August 10, 2018

/s/ Christopher A. Stecher
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN

TIMOTHY P. HARKNESS (*pro hac vice*)
DAVID Y. LIVSHIZ (*pro hac vice*)
WERONIKA BUKOWSKI (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP

*Pro Hac Vice Applications Forthcoming*

Attorneys for Applicant
Palantir Technologies, Inc.

---

[1] An ex parte application pursuant to 28 U.S.C. § 1782 is appropriate and is the typical procedure when invoking this statute. See, e.g., In re Ecuador, No C-10-80225 MISC CRB (EMC), 2010 U.S. Dist. LEXIS 102158, at *7 (N.D. Cal. Sept. 15, 2010) ("[I]t is common for the process of presenting the request to a court and to obtain the order authorizing discovery to be conducted ex parte. Such ex part applications are typically justified by the fact that the parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.") (Internal quotations and citations omitted).

-2-