1 | CHRISTOPHER A. STECHER, CASB No. 215329
christopher.stecher@kyl.com
2 | KEESAL, YOUNG & LOGAN
A Professional Corporation
3 | 450 Pacific Avenue
San Francisco, California  94133
4 | Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136
5 |
6 | TIMOTHY P. HARKNESS (*pro hac vice to be filed*)
timothy.harkness@freshfields.com
DAVID Y. LIVSHIZ (*pro hac vice to be filed*)
7 | david.livshiz@freshfields.com
WERONIKA BUKOWSKI (*pro hac vice to be filed*)
8 | weronika.bukowski@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
9 | 601 Lexington Avenue, 31st Floor
New York, New York 10022
10 | Telephone:    (212) 277-4000
Facsimile:    (212) 277-4001
11 |
12 | *Attorneys for Applicant Palantir Technologies, Inc.*
13 |
14 | **UNITED STATES DISTRICT COURT**
15 | **NORTHERN DISTRICT OF CALIFORNIA**
16 |

Misc. Case No. 18-80132-MISC-JSC

EX PARTE APPLICATION OF PALANTIR
TECHNOLOGIES, INC. FOR ORDER
PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS

**PALANTIR TECHNOLOGIES, INC.'S
CERTIFICATE OF INTERESTED PERSONS
AND ENTITIES AND CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Civil L.R. 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies on behalf of Palantir Technologies, Inc. ("Palantir"), a Delaware corporation, that Palantir does not have a parent corporation; there is no publicly held company that owns 10% or

1  more of Palantir's stock; and there are no other persons, associations of persons, firms, partnerships or

2  corporations, or other entities known to Palantir to have either a financial interest in the subject matter

3  in controversy or in a party to the proceedings or any other kind of interest that could be substantially

4  affected by the outcome of the proceeding.

5

6  DATED:  August 10, 2018                    /s/ Christopher A. Stecher
                                              CHRISTOPHER A. STECHER
7                                             KEESAL, YOUNG & LOGAN

8                                             TIMOTHY P. HARKNESS (*pro hac vice*)
                                              DAVID Y. LIVSHIZ (*pro hac vice*)
9                                             WERONIKA BUKOWSKI (*pro hac vice*)
                                              FRESHFIELDS BRUCKHAUS DERINGER US LLP
10
                                              *Pro Hac Vice Applications Forthcoming*
11
                                              Attorneys for Applicant
12                                            Palantir Technologies, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED PERSONS AND ENTITIES AND CORPORATE DISCLOSURE STATEMENT — CASE NO.