JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

BARRY SIMON (*pro hac vice* forthcoming)
bsimon@wc.com
JONATHAN B. PITT (*pro hac vice* forthcoming)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice* forthcoming)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br>PALANTIR TECHNOLOGIES INC.,<br><br>    Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC<br><br>**MARC L. ABRAMOWITZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERT. OF INTERESTED ENTITIES OR PERSONS**                                                      **3:18-MC-80132-JSC**

**ABRAMOWITZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

DATED:  September 7, 2018

                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                    By:  */s/ Jack P. DiCanio*
                          Jack P. DiCanio

                    Attorneys for
                    MARC L. ABRAMOWITZ