JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

BARRY SIMON (*pro hac vice* forthcoming)
bsimon@wc.com
JONATHAN B. PITT (*pro hac vice* forthcoming)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice* forthcoming)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC., <br><br> Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC <br><br> **DECLARATION OF STEPHEN L. WOHLGEMUTH IN SUPPORT OF MARC L. ABRAMOWITZ'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Stephen L. Wohlgemuth, hereby declare as follows:

1. I am an attorney at the law firm of Williams & Connolly LLP, which is counsel of record for Marc L. Abramowitz ("Abramowitz") in the above-captioned matter. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto. I make this declaration in support of Abramowitz's Administrative Motion to File Documents Under Seal.

2. Abramowitz submits this motion for an order to file under seal the confidential, unredacted versions of the following documents:

- Portions of Abramowitz's Opposition to Palantir Technologies Inc.'s ("Palantir") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in Foreign Proceedings ("Opposition");
- Portions of the Declaration of Stephen L. Wohlgemuth ("Wohlgemuth Opposition Declaration") in support of the Opposition;
- Entirety of Exhibits G and H of the Wohlgemuth Declaration.

3. The redacted portions of Abramowitz's Opposition, the redacted portions of the Wohlgemuth Opposition Declaration, and the entirety of Exhibits G and H to the Wohlgemuth Opposition Declaration ("Sealed Documents") discuss information relating to a Preferred Stock Transfer Agreement from August 2012 (the "2012 Transfer Agreement") that Palantir believes to be confidential.

4. On September 6, 2018, I sent an email to counsel for Palantir to discuss whether Palantir opposed Abramowitz's public filing of the Sealed Documents. Palantir's counsel indicated that Palantir believes that the information in the Sealed Documents is confidential and agreed to file the stipulation filed herewith.

//
//
//
//
//

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2018 in Washington, DC.

_____
Stephen L. Wohlgemuth