**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC., <br><br>           Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC <br><br> **STIPULATION REGARDING MARC L. ABRAMOWITZ'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  WHEREAS, on August 13, 2018, Palantir Technologies Inc. ("Palantir") filed an *Ex Parte*
2  Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for
3  Use in Foreign Proceedings (Dkt. No. 1);

4  WHEREAS, on September 7, 2018, Marc L. Abramowitz ("Abramowitz") filed an
5  Opposition to Palantir's *Ex Parte* Application;

6  WHEREAS, Palantir opposes Abramowitz's public filing of a Preferred Stock Transfer
7  Agreement from August 2012 (the "2012 Transfer Agreement"), as well as certain emails related
8  thereto;

9  WHEREAS, on September 7, 2018, Abramowitz moved pursuant to Civil Local Rules 7-11
10 and 79-5 for an order to file under seal the 2012 Transfer Agreement (*i.e.,* Exhibit G to the
11 Declaration of Stephen L. Wohlgemuth in Support of Abramowitz's Administrative Motion to File
12 Documents Under Seal), certain emails related thereto (*i.e.,* Exhibit H to the Declaration of Stephen
13 L. Wohlgemuth in Support of Abramowitz's Administrative Motion to File Documents Under
14 Seal), and quotes from, and discussions of the substance of, the 2012 Transfer Agreement;

15 THEREFORE, the parties stipulate as follows: the 2012 Transfer Agreement and certain
16 emails related thereto shall be filed under seal.

17 IT IS STIPULATED.

18 Dated: September 7, 2018           By _____ */s/ Jack P. DiCanio* _____
                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
19                                    LLP
                                      Jack P. DiCanio (SBN 138782)
20                                    jack.dicanio@skadden.com
                                      Allen Ruby (SBN 47109)
21                                    allen.ruby@skadden.com
                                      525 University Avenue, Suite 1400
22                                    Palo Alto, California 94301
                                      Telephone:   (650) 470-4500
23                                    Facsimile:   (650) 470-4570

24
   Dated: September 7, 2018           By _____ */s/ David Y. Livshiz* _____
25                                    FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                      David Y. Livshiz
26                                    David.livshiz@freshfields.com
                                      601 Lexington Avenue, 31st Floor
27                                    New York, New York 10022
                                      Telephone:   (212) 277-4000
28                                    Facsimile:   (212) 277-4001

1

**STIPULATION REGARDING MOT. TO FILE UNDER SEAL**                           3:18-MC-80132-JSC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

                */s/ Jack P. DiCanio*
                Jack P. DiCanio