1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of<br>PALANTIR TECHNOLOGIES INC.,<br><br>　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC<br><br>**[PROPOSED] ORDER GRANTING MARC L. ABRAMOWITZ'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Upon consideration of Marc L. Abramowitz's ("Abramowitz") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Abramowitz's Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Title of Document | Portions to Be Filed Under Seal |
|---|---|
| Portions of Abramowitz's Opposition to Palantir Technologies Inc.'s *Ex Parte* Application ("Opposition") | Highlighted Portions |
| Portions of the Declaration of Stephen L. Wohlgemuth ("Wohlgemuth Opposition Declaration") in Support of the Opposition | Highlighted Portions |
| Exhibits G and H to the Wohlgemuth Opposition Declaration | Entirety |

**IT IS SO ORDERED.**

Dated: _____, 2018          _____
                                     HONORABLE JACQUELINE SCOTT CORLEY
                                     United States Magistrate Judge