JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

BARRY SIMON (*pro hac vice* forthcoming)
bsimon@wc.com
JONATHAN B. PITT (*pro hac vice* forthcoming)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice* forthcoming)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC.,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC<br><br>**DECLARATION OF STEPHEN L. WOHLGEMUTH IN SUPPORT OF MARC L. ABRAMOWITZ'S OPPOSITION** |

I, Stephen L. Wohlgemuth, hereby declare as follows:

1. I am an attorney at the law firm of Williams & Connolly LLP, which is counsel of record (*pro hac vice* forthcoming) for Marc L. Abramowitz ("Abramowitz") in the above-captioned matter. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. On May 5, 2017, Palantir Technologies Inc. ("Palantir") filed a second amended complaint ("SAC") against Abramowitz, the Marc Abramowitz Charitable Trust No. 2, and KT4 Partners LLC ("KT4") in the Superior Court of the State of California for the County of Santa Clara (Case No. 16-cv-299476) (the "California Action"). Attached hereto as **Exhibit A** is a true and correct copy of the SAC.

3. On February 13, 2018, the parties to the California Action appeared at a hearing before Judge Mary E. Arand. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the February 13, 2018 proceedings.

4. On September 4, 2018, the California Superior Court in the California Action entered an Order Continuing the Stay of Discovery in the California Action. Attached hereto as **Exhibit C** is a true and correct copy of the Notice of Entry of Order and the court's Order.

5. On July 16, 2018, KT4 filed a brief filed with the Delaware Supreme Court. Attached hereto as **Exhibit D** is a true and correct excerpt from KT4's Delaware Supreme Court brief.

6. On October 20, 2015, Abramowitz filed an international application with the World Intellectual Property Organization for "Dynamic Security Rating for Cyber Insurance Products." Attached hereto as **Exhibit E** is a true and correct copy of that application.

7. On October 20, 2015, Abramowitz filed a patent application with the United States Patent and Trademark Office for "Dynamic Security Rating for Cyber Insurance Products" (the "U.S. application"). Attached hereto as **Exhibit F** is a true and correct copy of Abramowitz's U.S. application.

1

**WOHLGEMUTH DECL. ISO ABRAMOWITZ'S OPP.**                                                         3:18-MC-80132-JSC

1    8. 

4    9.

7    10.    Attached hereto as **Exhibit I** is a true and correct copy of the California Superior Court's Order Re: Demurrer to the Second Amended Complaint, along with a Notice of Entry of Order, which was issued on August 11, 2017.

10   //
11   //
12   //
13   //
14   //
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2018 in Washington, DC.

*Stephen Wohlgemuth*
Stephen L. Wohlgemuth