# EXHIBIT D

# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| KT4 PARTNERS LLC,<br><br>　　　Plaintiff Below,<br>　　　Appellant,<br><br>　　v.<br><br>PALANTIR TECHNOLOGIES, INC.,<br><br>　　　Defendant Below,<br>　　　Appellee. | No. 281, 2018<br><br>On Appeal from the Court of Chancery of the State of Delaware in C.A. No. 2017-0177-JRS |

## APPELLANT'S OPENING BRIEF

OF COUNSEL:

Barry S. Simon
Jonathan B. Pitt
Stephen L. Wohlgemuth
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)

DALTON & ASSOCIATES, P.A.

Bartholomew J. Dalton, Esq. (#808)
Michael C. Dalton, Esq. (#6272)
Cool Spring Meeting House
1106 West 10th Street
Wilmington, Delaware 19806
(302) 652-2050 (telephone)
(302) 652-0687 (facsimile)
bdalton@bdaltonlaw.com
mdalton@bdaltonlaw.com

*Attorneys for Plaintiff Below, Appellant KT4 Partners LLC*

Dated:  July 16, 2018

discretion in light of "case-specific factors." *United Techs.*, 109 A.3d at 554, 560. This Court has identified several such factors: (a) whether the stockholder has a "legitimate reason" for filing suit outside Delaware; (b) whether the corporation's bylaws have a forum selection clause; and (c) whether "there has been . . . prior litigation in" Delaware over the subject of inspection. *Id* at 560-61.

The Court of Chancery erred by imposing the Jurisdictional Limitation without analyzing these, or any other, case-specific factors, all of which cut against the Jurisdictional Limitation and in favor of KT4's proposed provision.

KT4 is investigating claims for breach of contract and other potential common-law claims,[10] and KT4 must be able to bring these claims in a court that has jurisdiction over all potential defendants.[11] For example, KT4 is investigating whether the Founders' secret sales of over 100 million shares of common stock violated the FRCSA. In any breach-of-contract claim arising out of that conduct, both Palantir and the Founders presumably would be necessary parties to the suit: both Palantir and the Founders are parties to the FRSCA, and a judgment would determine "their responsibilities and duties" as such. *Heritage Homes of De La Warr, Inc. v. Alexander*, 2005 WL 2173992, at *2 n.6 (Del. Ch. Sept. 1, 2005)

---

[10] KT4 also is investigating fraud claims against Palantir and its Founders for misrepresentations and omissions concerning KT4's rights under the FRCSA or the IRA. KT4's investigation is ongoing.

[11] Potential defendants may include Palantir, its officers and directors, the Founders, any joint tortfeasors, and others bound by the FRCSA.