# Freshfields Bruckhaus Deringer US LLP

**Via ECF**

**DAVID LIVSHIZ**
601 Lexington Avenue
31st Floor
New York, NY  10022
Tel +1 212 284 4979
Fax +1 646 521 5779
david.livshiz@freshfields.com

Ms. Ada Means
Clerk to Magistrate Judge Jacqueline Scott Corley
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom F – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

September 28, 2018

Re:  *In re Ex Parte Application of Palantir Technologies, Inc. (18-mc-80132-JSC)*

Dear Ms. Means:

We represent Applicant Palantir Technologies, Inc. (***Applicant***) in the above-referenced matter. We write in regards to Applicant's Reply to Marc L. Abramowitz's Opposition to Applicant's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding, dated September 21, 2018 (ECF No. 24) (the ***Reply Brief***).

On Wednesday, September 26, we became aware of formatting issues as a result of which a portion of the brief was not double spaced and contained non-standard character spacing, and therefore did not comply with the spacing requirements of Local Rule 3-4(c). As a result of this inadvertent error, the Reply Brief was shortened by approximately fourteen lines. We became aware of this error after receiving a question from opposing counsel on Tuesday, September 25, concerning the font-size used in the Reply Brief. While we confirmed that each line of the brief, including footnotes, complied with the font size requirements of Local Rule 3-4(c), in the process of conducting our line-by-line review, we detected the spacing errors, which were inadvertent.

We apologize for this inadvertent oversight, and respectfully ask this Court to permit the Applicant to re-submit the version of the reply brief attached as Exhibit A (which we provide together with a redline to the originally filed Reply Brief, attached as Exhibit B), which corrects the formatting issue and is fully compliant with the fifteen page requirement of Local Rule 7-4(b), and the formatting requirement of Local Rule 3-4(c). This Court has previously granted similar relief. See MacDonald v. Ford Motor Co., No. 13-cv-02988-JST, 2016 WL 3055643, at *11 n.2 (N.D. Cal. May 31, 2016) (requiring litigant to refile a brief that complied with all local rule requirements, notwithstanding litigant's initial submission of a reply brief that exceeded the page limits by 11 pages, and subsequently filed an amended brief that failed to comply with the line spacing requirements); Tamburri v. Suntrust Mortg., Inc., No. 11-cv-02899-JST, 2013 U.S. Dist. LEXIS 105944, at *2, 8 (N.D. Cal. July 28, 2013) (ordering plaintiff to resubmit briefs compliant with Local Rules after plaintiff submitted briefs that did not comply with the Local Rules).



Once again, we apologize for this inadvertant oversight.

Respectfully,

/s/ David Livshiz

David Livshiz

US3049127/12  171026-0001