JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JONATHAN B. PITT (*pro hac vice*)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br>PALANTIR TECHNOLOGIES INC.,<br><br>    Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC<br><br>**MARC L. ABRAMOWITZ'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Marc L. Abramowitz ("Abramowitz") submits this motion for an order to file under seal the unredacted version of portions of Abramowitz's Sur-Reply to Palantir Technologies Inc.'s ("Palantir") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in Foreign Proceedings ("Sur-Reply");

This administrative motion is supported by Abramowitz's previous Motion to File Documents Under Seal (Dkt. No. 16) and associated papers. Similar to Abramowitz's Opposition brief (Dkt. No 17), the redacted portions of Abramowitz's Sur-Reply discuss information relating to a Preferred Stock Transfer Agreement from August 2012 (the "2012 Transfer Agreement"). Palantir has indicated that it considers the 2012 Agreement to be confidential.

For documents attached to non-dispositive motions, a party seeking to file a document needs to satisfy the "good cause" standard of Rule 26(c) to warrant preserving the secrecy of confidential information. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Lane v. Wells Fargo Bank, N.A.*, No. 12-cv-04026-WHA, 2013 WL 2627487, at *1 (N.D. Cal. June 11, 2013). The "good cause" standard allows a judge to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" during discovery, such as by issuing an order "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c). Agreements may be sealed if they contain "details regarding [a] business arrangement." *See In re Hydroxycut Mktg. & Sales Practices Litig.*, 2011 WL 864897, at *2 (S.D. Cal. Mar. 11, 2011); *see also Lightning Box Games Pty, Ltd. v. Plaor, Inc.*, No. 17-cv-03764-EDL, 2017 WL 7310782, at *4 (N.D. Cal. Dec. 29, 2017) ("The fact that the judicial records quote or refer to confidential agreements is often a compelling reason justifying sealing if the agreements contain commercially sensitive information."); *Asetek Holdings, Inc. v. CMI USA, Inc.*, No. 13-cv-00457-JST, 2014 WL 12644231, at *2 (N.D. Cal. Sept. 23, 2014) (granting a motion to file under seal both "confidential agreements [in their entirety] setting forth Asetek's sales relationships and business dealings with Corsair Components, Inc. and Corsair Memory, Inc." as well as "portions of other documents that reference the agreements.").

1 As discussed in Abramowitz's previous Motion to File Documents Under Seal (Dkt. No. 16) and associated papers, Palantir has claimed that it believes the terms of the 2012 Transfer Agreement to be confidential. If that is correct—and for present purposes Abramowitz takes no position on the issue but reserves his right to do so in the future—filing the Sur-Reply in its unredacted form would reveal Palantir's confidential information. Therefore, good cause exists under Rule 26(c) to redact all quotes from, and discussions of the substance of, the 2012 Agreement in the Sur-Reply.

For the foregoing reasons, Abramowitz respectfully requests that the Court enter the accompanying Proposed Order granting Abramowitz's Administrative Motion to File Under Seal.

Pursuant to Civil Local Rule 79-5(d), Abramowitz will lodge with the Clerk the Sur-Reply, with accompanying chamber copies.

DATED: September 28, 2018         Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jack P. DiCanio*
     Jack P. DiCanio

Attorneys for
MARC L. ABRAMOWITZ