JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JONATHAN B. PITT (*pro hac vice*)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC., <br><br> Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.:  3:18-mc-80132-JSC <br><br> **DECLARATION OF STEPHEN L. WOHLGEMUTH IN SUPPORT OF MARC L. ABRAMOWITZ'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PALANTIR'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Stephen L. Wohlgemuth, hereby declare as follows:

1. I am an attorney at the law firm of Williams & Connolly LLP, which is counsel of record for Marc L. Abramowitz ("Abramowitz") in the above-captioned matter. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto. I make this declaration in support of Abramowitz's Motion for Leave to File a Sur-Reply to Palantir Technologies Inc.'s ("Palantir") Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.

2. I have corresponded with Palantir's counsel of record in this action to ask if Palantir would agree to Abramowitz's request for leave to file a sur-reply to Palantir's *ex parte* application for § 1782 discovery. Counsel for Palantir communicated that Palantir does not agree to Abramowitz's request. A true and correct copy of the correspondence between counsel for Palantir and me regarding Abramowitz's request to file a sur-reply is attached hereto as **Exhibit J**.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2018 in Washington, D.C.

*Stephen Wohlgemuth*
Stephen L. Wohlgemuth