# EXHIBIT J

**From:**     Weronika.BUKOWSKI@freshfields.com
              [Weronika.BUKOWSKI@freshfields.com]
**To:**       Wohlgemuth, Stephen; David.LIVSHIZ@freshfields.com;
              timothy.harkness@freshfields.com; christopher.stecher@kyl.com
**Subject:**  RE: Palantir 1782 Application - sur-reply
**Date:**     9/28/2018 12:59:59 PM
**CC:**       DiCanio, Jack P (PAL); Simon, Barry; Pitt, Jonathan
**BCC:**

**Message:**

Dear Steve:


We have considered your request, and discussed it with our client.  Palantir cannot consent to a
sur-reply.  The purported reasons you identify below do not warrant a sur-reply.  While Palantir
addressed the remand order and the 2012 Transfer Agreement in its reply brief, it did so purely
in response to arguments made by Abramowitz in his opposition.  As such no sur-reply is
warranted.



Kind regards,



David and Weronika



From: Wohlgemuth, Stephen [mailto:SWohlgemuth@wc.com]
Sent: Thursday, September 27, 2018 10:51 AM
To: LIVSHIZ, David; HARKNESS, Timothy (TXH); BUKOWSKI, Weronika;
christopher.stecher@kyl.com
Cc: Jack.DiCanio@skadden.com; Simon, Barry; Pitt, Jonathan
Subject: RE: Palantir 1782 Application - sur-reply



David,



Palantir's opening brief failed to disclose several issues that are material to Palantir's ex parte
application.  Palantir therefore addressed many issues for the first time in its reply.  For

1

example, the reply brief was the first time that Palantir addressed the remand order and the 2012 Transfer Agreement.  A sur-reply is warranted because Abramowitz deserves an opportunity to respond to these issues.  A sur-reply is also warranted to address Palantir's apparent violation of the Local Rules.

Although our drafting processing is ongoing, I anticipate that the sur-reply will be 8 pages or less (we are endeavoring to have it be less).

Given that the need for a sur-reply is due to Palantir's failure to disclose material issues in its opening brief, we will not consent to a sur-sur-reply.

Steve

Stephen Wohlgemuth

Associate | Williams & Connolly LLP

725 Twelfth Street, N.W., Washington, DC 20005

(P) 202-434-5390 | (F) 202-434-5029

swohlgemuth@wc.com<mailto:swohlgemuth@wc.com> | www.wc.com/swohlgemuth<http://www.wc.com/swohlgemuth>

From: David.LIVSHIZ@freshfields.com<mailto:David.LIVSHIZ@freshfields.com> [mailto:David.LIVSHIZ@freshfields.com]
Sent: Thursday, September 27, 2018 4:29 AM
To: Wohlgemuth, Stephen <SWohlgemuth@wc.com<mailto:SWohlgemuth@wc.com>>; timothy.harkness@freshfields.com<mailto:timothy.harkness@freshfields.com>; Weronika.BUKOWSKI@freshfields.com<mailto:Weronika.BUKOWSKI@freshfields.com>; christopher.stecher@kyl.com<mailto:christopher.stecher@kyl.com>
Cc: Jack.DiCanio@skadden.com<mailto:Jack.DiCanio@skadden.com>; Simon, Barry <BSimon@wc.com<mailto:BSimon@wc.com>>; Pitt, Jonathan <JPitt@wc.com<mailto:JPitt@wc.com>>

Subject: RE: Palantir 1782 Application - sur-reply

Steve, thank you for your email.  As you know, I am traveling in Russia, and received your email well after midnight local time last night.

To help us evaluate your request, could you please let us know why you believe a sur-reply is warranted, how many pages you are requesting for your sur-reply, and whether Abramowitz would then consent to Palantir having an opportunity to submit a proportionate response.

David

David Y. Livshiz
Special Counsel

Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
31st Floor
New York, New York 10022
T +1 212 284 4979
M +1 646 886 0001
F  +1 646 521 5779
david.livshiz@freshfields.com<mailto:david.livshiz@freshfields.com>
www.freshfields.com<http://www.freshfields.com/>

From: Wohlgemuth, Stephen [mailto:SWohlgemuth@wc.com]
Sent: Thursday, September 27, 2018 12:38 AM
To: LIVSHIZ, David; HARKNESS, Timothy (TXH); BUKOWSKI, Weronika;
christopher.stecher@kyl.com<mailto:christopher.stecher@kyl.com>
Cc: Jack.DiCanio@skadden.com<mailto:Jack.DiCanio@skadden.com>; Simon, Barry; Pitt,
Jonathan
Subject: Palantir 1782 Application - sur-reply

Counsel –

3

We have reviewed Palantir's reply brief and believe that a sur-reply is warranted.  Please let us know if Palantir consents to Abramowitz filing a sur-reply.

If you are unable to consent, we will file an administrative motion seeking leave to file the sur-reply.  If you are willing to consent, we will prepare the stipulation.

Steve

Stephen Wohlgemuth

Associate | Williams & Connolly LLP

725 Twelfth Street, N.W., Washington, DC 20005

(P) 202-434-5390 | (F) 202-434-5029

swohlgemuth@wc.com<mailto:swohlgemuth@wc.com> |
www.wc.com/swohlgemuth<http://www.wc.com/swohlgemuth>

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

(171026:0001)

This e-mail is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or

4

disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation.

Please contact our IT Helpdesk on +1 866 694 8435 or email ITHelp@freshfields.com<mailto:ITHelp@freshfields.com> if you need assistance.

This e-mail is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation.

Please contact our IT Helpdesk on +1 866 694 8435 or email ITHelp@freshfields.com if you need assistance.