1
2
3
4
5
6
7
8                 **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

*In re Ex Parte* Application of
PALANTIR TECHNOLOGIES INC.,

12

        Applicant,

13

For an Order Pursuant to 28 U.S.C. § 1782 to
Obtain Discovery from MARC L.
ABRAMOWITZ for Use in Foreign
Proceedings.

14
15
16
17

CASE NO.:  3:18-mc-80132-JSC

**[PROPOSED] ORDER GRANTING
MARC L. ABRAMOWITZ'S MOTION
FOR LEAVE TO FILE SUR-REPLY**

18
19
20
21
22
23
24
25
26
27
28

This matter comes before the Court on Marc L. Abramowitz's ("Abramowitz") Motion for Leave to File Sur-Reply to Palantir Technologies Inc.'s ("Palantir") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.  Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED that Abramowitz's Motion for Leave to File Sur-Reply to Palantir's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings is GRANTED.

Dated: _____, 2018

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOT. FOR LEAVE TO FILE SUR-REPLY                3:18-MC-80132-JSC