JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JONATHAN B. PITT (*pro hac vice*)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC., <br><br>Applicant, <br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | CASE NO.: 3:18-mc-80132-JSC <br><br>**DECLARATION OF STEPHEN L. WOHLGEMUTH IN SUPPORT OF SUR-REPLY TO PALANTIR'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Stephen L. Wohlgemuth, hereby declare as follows:

1. I am an attorney at the law firm of Williams & Connolly LLP, which is counsel of record for Marc L. Abramowitz ("Abramowitz") in the above-captioned matter. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto. I make this declaration in support of Abramowitz's Sur-Reply to Palantir Technologies Inc.'s ("Palantir") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings ("*Ex Parte* Application").

2. Attached hereto as **Exhibit K** is a true and correct copy of portions of the Court Reporter's Transcript of Proceedings from the May 18, 2018 Hearing in *Palantir Technologies Inc. v. Marc L. Abramowitz, et al.,* in the Superior Court of the State of California for the County of Santa Clara (Case No. 16-cv-299476)(the "California Action").

3. Attached hereto as **Exhibit L** is a true and correct copy of portions of Palantir's Pretrial Brief, filed on June 30, 2017, in the Court of Chancery of the State of Delaware.

4. Attached hereto as **Exhibit M** is a true and correct copy of portions of Palantir's Brief in Support of its Motion to Dismiss for Failure to State a Claim, filed on February 16, 2018, in the Superior Court of the State of Delaware.

5. Attached hereto as **Exhibit N** is a true and correct copy of portions of Palantir's Opposition to Defendants' Motion for a Protective Order, filed on January 16, 2018, in the California Action.

6. Attached hereto as **Exhibit O** is a true and correct copy of portions of the Case Management Statement, filed on August 20, 2018, in the Superior Court of the State of California.

//
//
//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2018 in Washington, D.C.

_____
Stephen L. Wohlgemuth