# EXHIBIT L

EFiled: Jun 30 2017 03:06PM EDT
Transaction ID 60798895
Case No. 2017-0177-JRS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| KT4 PARTNERS LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 2017-0177-JRS<br>) PUBLIC VERSION |
| PALANTIR TECHNOLOGIES INC., | ) FILED: June 30, 2017<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT PALANTIR TECHNOLOGIES INC.'S
## PRETRIAL BRIEF

OF COUNSEL:

Kevin J. Orsini
Rory A. Leraris
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Blake Rohrbacher (#4750)
Kevin M. Gallagher (#5337)
Kelly L. Freund (#6280)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant Palantir Technologies Inc.*

Dated: June 23, 2017

## PRELIMINARY STATEMENT

As the Court hears this case, the parties are locked in a contentious battle stemming from the alleged theft of Defendant Palantir Technologies Inc. ("Palantir" or the "Company") trade secrets by Plaintiff KT4 Holdings LLC's ("KT4") sole member, Marc L. Abramowitz. In an action filed against Abramowitz last summer in California state court (the "California Action"), Palantir alleges that Abramowitz used stolen Palantir information as the basis to file several patent applications, listing himself as the sole inventor. Notably, as detailed in the California Action, Abramowitz is and has been a professional investor; he has no history, technical background or apparent skills that would support his claims to have invented sophisticated data integration and analytic processes concerning clinical drug trials, cyber security and natural resources exploration. Palantir—a company at the forefront of data integration and analytics processes—alleges in the California Action that it invented the processes and systems that Abramowitz now claims as his own and that he was given descriptions of these processes by Palantir during his numerous interactions with various Palantir employees over the years.

When Abramowitz was first confronted with the serious allegations of the California Action and told that he would no longer enjoy broad access to Palantir's executives, he reacted negatively and, as he has explained in sworn testimony in

## CONCLUSION

For the foregoing reasons, and in light of the evidence that will be presented at trial, Palantir respectfully requests that this Court enter judgment for Palantir at the conclusion of trial.

|  |  |
|---|---|
| | */s/ Blake Rohrbacher* |
| | Blake Rohrbacher (#4750) |
| | Kevin M. Gallagher (#5337) |
| OF COUNSEL: | Kelly L. Freund (#6280) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| Kevin J. Orsini | One Rodney Square |
| Rory A. Leraris | 920 North King Street |
| Cravath, Swaine & Moore LLP | Wilmington, Delaware 19801 |
| Worldwide Plaza | (302) 651-7700 |
| 825 Eighth Avenue | |
| New York, New York 10019 | *Attorneys for Defendant Palantir* |
| (212) 474-1000 | *Technologies Inc.* |

Dated:  June 23, 2017