1 | JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
2 | ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
4 | Palo Alto, CA 94301
Telephone:  (650) 470-4500
5 | Facsimile:  (650) 470-4570

6 | BARRY SIMON (*pro hac vice*)
bsimon@wc.com
7 | JONATHAN B. PITT (*pro hac vice*)
jpitt@wc.com
8 | STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
9 | WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
10 | Washington, D.C. 20005
Telephone:  (202) 434-5000
11 | Facsimile:  (202) 434-5029

12 | Attorneys for Respondent
MARC L. ABRAMOWITZ
13 |

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | **SAN FRANCISCO DIVISION**

17 |

18 | *In re Ex Parte* Application of
PALANTIR TECHNOLOGIES INC.,

19 |      Applicant,

20 | For an Order Pursuant to 28 U.S.C. § 1782 to
Obtain Discovery from MARC L.
21 | ABRAMOWITZ for Use in Foreign
Proceedings.
22 |

CASE NO.:  3:18-MC-80132-JSC

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

23 |
24 |
25 |
26 |
27 |
28 |

1

**[PROPOSED] ORDER**

2        Having considered the parties' briefing on Respondent Marc L. Abramowitz's Motion to

3  Continue the Status Conference, and for good cause shown,

4        **IT IS HEREBY ORDERED** that the August 29, 2019 Status Conference be continued to

5  September 26, 2019.

6        **IT IS SO ORDERED**.

7

8  DATED: _____, 2019        _____

9                                      HONORABLE JACQUELINE SCOTT CORLEY
                                       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1