| | |
|---|---|
| **From:** | DiCanio, Jack P <Jack.DiCanio@skadden.com> |
| **Sent:** | Wednesday, September 5, 2018 7:48 PM |
| **To:** | LIVSHIZ, David |
| **Cc:** | BSimon@wc.com; SWohlgemuth@wc.com; BUKOWSKI, Weronika |
| **Subject:** | Re: [Ext] Palantir -- 1782 application |

David,
We respectfully suggest that Palantir withdraw the Section 1782 application.  We will set forth the reasons on Friday.

We would be happy to discuss the issues raised in our pleading at your convenience.   J

Sent from my iPad

On Sep 5, 2018, at 2:39 PM, "David.LIVSHIZ@freshfields.com" <David.LIVSHIZ@freshfields.com> wrote:

> Dear Jack, Barry, and Steve:
>
> As you know, we act for Palantir in connection with their 1782 Application that is currently pending in front of Judge Corley in the Northern District of California.
>
> Following up on my conversation with Steve on Saturday, to the extent Mr. Abramowitz intends to oppose Palantir's application on the basis that the proposed subpoena is overly broad or unduly burdensome, Palantir would be willing to meet and confer to determine whether the parties can resolve Mr. Abramowitz's objections as to the scope of the requested discovery.  If Mr. Abramowitz is interested in participating in a meet and confer, please propose some potential times.
>
> Very truly yours,
>
> David
>
> **David Y. Livshiz**
> Special Counsel
>
> **Freshfields Bruckhaus Deringer US LLP**
> 601 Lexington Avenue
> 31st Floor
> New York, New York 10022
> T +1 212 284 4979
> M +1 646 886 0001
> F  +1 646 521 5779
> david.livshiz@freshfields.com
> www.freshfields.com
>
>
> (171026:0001)
> This e-mail is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation.
>
> Please contact our IT Helpdesk on +1 866 694 8435 or email ITHelp@freshfields.com if you need assistance.

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================