# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC., <br><br> Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | Case No.: 3:18-mc-80132-JSC <br><br> **ORDER DENYING MARC L. ABRAMOWITZ'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered Marc L. Abramowitz's Motion, as well as all supporting papers and |
| 3 | related matters, IT IS HEREBY ORDERED: |
| 4 | Marc L. Abramowitz's Motion for Relief from Nondispositive Pretrial Order is DENIED. |
| 5 | The court finds that Magistrate Judge Corley's Order Granting 28 U.S.C. § 1782 Application (Dkt. |
| 6 | 66) and its related protective order (Dkt. 67) is neither clearly erroneous nor contrary to law. Fed. |
| 7 | R. Civ. Pro. 72(a). |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: December 17, 2019 /s/ Phyllis J. Hamilton<br>United States District Court Judge |