1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

PALANTIR TECHNOLOGIES INC.,

8

Plaintiffs,

Case No. 18-mc-80132-JSC (PJH)

9

v.

10

MARC L. ABRAMOWITZ,

11

Defendant.

**ORDER DENYING MOTION TO STAY PENDING RESOLUTION OF RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: Dkt. No. 71

12

13

The court is in receipt of defendant Marc Abramowitz's administrative motion to

14

stay Magistrate Judge Corley's November 22, 2019 Order (Dkt. 66 and 67) granting

15

plaintiff's Title 28 U.S.C. § 1782 application for discovery pending resolution of

16

defendant's motion for relief from such order (Dkt. 70). Having DENIED defendant's

17

motion for relief (Dkt. 72), the court DENIES this motion as moot.

18

**IT IS SO ORDERED.**

19

Dated: December 17, 2019

20

/s/ Phyllis J. Hamilton

21

PHYLLIS J. HAMILTON
United States District Judge

22

23

24

25

26

27

28