JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
NIELS J. MELIUS (SBN 294181)
niels.melius@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

BARRY SIMON (admitted *pro hac vice*)
bsimon@wc.com
JONATHAN B. PITT (admitted *pro hac vice*)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (admitted *pro hac vice*)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for
MARC L. ABRAMOWITZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of PALANTIR TECHNOLOGIES INC., <br><br>     Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | Case No.: 3:18-mc-80132 <br><br> **MARC L. ABRAMOWITZ'S NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Marc L. Abramowitz ("Abramowitz") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the December 17, 2019 Order Denying Abramowitz's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 72) (the "Order"), as well as the November 22, 2019 Magistrate Judge's Order Granting Palantir Technologies Inc.'s *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 (Dkt. 66) and related November 22, 2019 Protective Order (Dkt. 67), which are incorporated in the Order.  A true and correct copy of the Ninth Circuit Rule 3-2 Representation Statement is attached hereto as Exhibit A.

DATED: January 15, 2020          Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   _____*/s/ Jack P. DiCanio*_____
                    Jack P. DiCanio

Attorneys for Marc L. Abramowitz

---

1

# EXHIBIT A

1  JACK P. DICANIO (SBN 138782)
   jack.dicanio@skadden.com
2  ALLEN RUBY (SBN 47109)
   allen.ruby@skadden.com
3  NIELS J. MELIUS (SBN 294181)
   niels.melius@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
5  Palo Alto, California 94301
   Telephone: (650) 470-4500
6  Facsimile: (650) 470-4570

7  BARRY SIMON (admitted *pro hac vice*)
   bsimon@wc.com
8  JONATHAN B. PITT (admitted *pro hac vice*)
   jpitt@wc.com
9  STEPHEN L. WOHLGEMUTH (admitted *pro hac vice*)
   swohlgemuth@wc.com
10 WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
11 Washington, D.C. 20005
   Telephone: (202) 434-5000
12 Facsimile: (202) 434-5029

13 Attorneys for
   MARC L. ABRAMOWITZ
14

15         **UNITED STATES DISTRICT COURT**

16        **NORTHERN DISTRICT OF CALIFORNIA**

17          **SAN FRANCISCO DIVISION**

18
19 *In re Ex Parte* Application of          Case No.: 3:18-mc-80132
   PALANTIR TECHNOLOGIES INC.,
                                            **REPRESENTATION STATEMENT**
20         Applicant,                       **PURSUANT TO NINTH CIRCUIT RULE**
                                            **3-2**
21 For an Order Pursuant to 28 U.S.C. § 1782 to
   Obtain Discovery from MARC L.
22 ABRAMOWITZ for Use in Foreign
   Proceedings.
23

24

25

26

27

28

Pursuant to Ninth Circuit Rule 3-2, Marc L. Abramowitz ("Abramowitz") respectfully submits the following list of all parties to the matter to be appealed and the names, addresses and telephone numbers of their respective counsel:

**Appellant, Marc L. Abramowitz**

Jack P. DiCanio (SBN 138782)
jack.dicanio@skadden.com
Allen Ruby (SBN 47109)
allen.ruby@skadden.com
Niels J. Melius (SBN 294181)
niels.melius@skadden.com
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

**Appellee, Palantir Technologies Inc.**

Christopher A. Stecher (SBN 215329)
christopher.stecher@kyl.com
**Keesal, Young & Logan**
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Timothy P. Harkness
timothy.harkness@freshfields.com
David Y. Livshiz
david.livshiz@freshfields.com
Amy Mei Lie Tan
amy.tan@freshfields.com
**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

DATED: January 15, 2020

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____ */s/ Jack P. DiCanio* _____
Jack P. DiCanio

Attorneys for Marc L. Abramowitz

1