UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES INC.,

Plaintiffs,

v.

MARC L. ABRAMOWITZ,

Defendant.

Case No.  18-mc-80132-JSC

**ORDER RE: AUGUST 26, 2020 DISCOVERY LETTER BRIEFS**

Re: Dkt. Nos. 78, , 79

Palantir Technologies Inc. ("Palantir") filed this 28 U.S.C. § 1782 application in August 2018 seeking discovery to aid in proceedings in Germany against Marc L. Abramowitz a former Palantir investor.  In November 2019, the Court granted Palantir's application and ordered Mr. Abramowitz to respond to a subpoena.  (Dkt. No. 66.)  Palantir has now filed two discovery letter briefs in this closed action contending that Mr. Abramowitz failed to comply with the subpoena and produce documents.  (Dkt. Nos. 78, 79.)  The parties are ORDERED to meet and confer regarding this matter via video by September 1, 2020. To the extent that the parties cannot resolve the matter through their meet and confer efforts, they may file a **joint letter brief by September 4, 2020**.  Palantir shall provide Mr. Abramowitz with its portion of the joint letter brief by noon September 2, Mr. Abramowitz may then add his portion and send it back to Palantir by the close of business September 3, 2020, and Palantir may add a reply and file the letter brief of no more than 7 pages by the close of business September 4, 2020.

**IT IS SO ORDERED.**

Dated: August 28, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge