**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Ex Parte* Application of<br>PALANTIR TECHNOLOGIES INC.,<br><br>　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from MARC L. ABRAMOWITZ for Use in Foreign Proceedings. | Case No.: 3:18-mc-80132-JSC<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING ADMINISTRATIVE MOTION TO STAY** |

**[P̶R̶O̶P̶O̶S̶E̶D̶] O**RDER　　　　　　　　　　　　　　　　　　　　　　**C**ASE **N**O**.: 3:18-**MC**-80132-JSC**

# [PROPOSED] ORDER

Having considered Marc L. Abramowitz's ("Mr. Abramowitz") Administrative Motion to Stay the November 10, 2020 Order of the Magistrate Judge pending resolution of Mr. Abramowitz's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (the "Motion to Stay"), IT IS HEREBY ORDERED.

Mr. Abramowitz's Motion to Stay is GRANTED.  The Magistrate Judge's Order of November 10, 2020 (Dkt. 86) is STAYED pending the Court's ruling on Abramowitz's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

**IT IS SO ORDERED.**

Dated:   November 20, 2020                              _____
                                                                                        United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*